IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JAYLAN BUTLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:20-cv-04007-SLD-JEH |
| | ) |
| TRAVIS STAES, East Moline Police Officer, in his individual capacity; ETHAN BUSH, Hampton Police Officer, in his individual capacity; JACK ASQUINI, Rock Island County Sheriff's Deputy, in his individual capacity; JASON PEÑA, Rock Island County Sheriff's Deputy, in his individual capacity; and JOHN DOES 1 and 2, unknown law enforcement officers, in their individual capacities, | ) |
| | ) |
| Defendants. | ) |

## STIPULATED DISMISSAL WITH PREJUDICE OF CLAIMS BETWEEN PLAINTIFF JAYLAN BUTLER AND DEFENDANT ETHAN BUSH

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jaylan Butler and Defendant Ethan Bush (collectively "the Parties") stipulate to the entry of an Order dismissing all claims and defenses made by Plaintiff Jaylan Butler against Defendant Ethan Bush in this action, with prejudice. The Parties further stipulate and agree that each Party shall bear its own fees, costs and expenses of this case

Stipulated and agreed to this 21st day of April, 2021, by:


Dated: April 21, 2021                              */s/ Leslie Kuhn-Thayer*
                                                   *One of Plaintiff's Attorneys*

<div style="display: flex;">

Kara L. McCall  
Leslie Kuhn-Thayer  
Shalyn Caulley  
Bridget L. Murphy  
SIDLEY AUSTIN LLP  
One South Dearborn Street  
Chicago, Illinois 60603  
Telephone: (312) 853-7000  
Facsimile: (312) 853-7036  

Karen A. Sheley  
Rachel Murphy  
Rick Mula  
Elizabeth Jordan  
Roger Baldwin Foundation of ACLU, Inc.  
150 N. Michigan Ave., Ste. 600  
Chicago, IL 60601  
Telephone: (312) 201-9740  
Facsimile: (312) 201-9760  

</div>

Dated: April 21, 2021

*/s/ Dominick L. Lanzito*
*Defendant's Atty. for Hampton Police Dept.*

Dominick L. Lanzito  
Peterson, Johnson & Murray Chicago, LLC  
200 West Adams, Suite 2125  
Chicago, IL. 60606  
(312) 782-7150  
dlanzito@pjmchicago.com

## CERTIFICATE OF SERVICE

I certify that I served **STIPULATED DISMISSAL WITH PREJUDICE OF CLAIMS BETWEEN PLAINTIFF JAYLAN BUTLER AND DEFENDANT ETHAN BUSH** on April 21, 2021, by electronic mail and by mailing a copy by United States mail, first class postage prepaid, addressed for delivery to the following:

Dominick L. Lanzito
Miguel E. Larios
Peterson, Johnson & Murray Chicago, LLC
200 West Adams, Suite 2125
Chicago, IL  60606
Telephone: (312) 782-7150
dlanzito@pjmchicago.com
*Attorney for Ethan Bush*

Patricia Castro
Kathy L. Swett
Assistant State's Attorney
1317 3rd Avenue-2nd Floor
Rock Island, IL  61201
castrop@co.rock-island.il.us
Swettk@co.rock-island.il.us
*Attorney for Jack Asquini and Jason Peña*

John E. Remus
Timothy M. Feeney
McCarthy, Callas & Feeney, P.C.
329 18th Street, Suite 100
Rock Island, IL 61201
Telephone: (309) 788-2800
Fax: (309) 793-4090
jremus@mcfe-law.com
tfeeney@mcfe-law.com
*Counsel for Defendant Travis Staes*

                                                             */s/ Leslie Kuhn-Thayer*
                                                             Leslie Kuhn-Thayer