## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JAYLAN BUTLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TRAVIS STAES, East Moline Police Officer, in his individual capacity; ETHAN BUSH, Hampton Police Officer, in his individual capacity; JACK ASQUINI, Rock Island County Sheriff's Deputy, in his individual capacity; JASON PEÑA, Rock Island County Sheriff's Deputy, in his individual capacity; and JOHN DOES 1 and 2, unknown law enforcement officers, in their individual capacities, | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:20-cv-04007 |
| | ) |
| Defendants. | ) |

## **NOTICE OF DEPOSTION**

TO:    Kara L. McCall                    Elizabeth Jordan
        Leslie Kuhn-Thayer          Roger Baldwin Foundation of ACLU, Inc.
        Shalyn Caulley                150 N. Michigan Ave., Suite 600
        SIDLEY AUSTIN LLP        Chicago, IL 60601
        One South Dearborn Street
        Chicago, Illinois 60603

        John E. Remus
        Timothy M. Feeney
        McCarthy, Callas & Feeney, P.C.
        329 18th Street, Suite 100
        Rock Island, IL 61201
        Telephone: (309) 788-2800
        Fax: (309) 793-4090
        jremus@mcfe-law.com
        tfeeney@mcfe-law.com

      YOU ARE HEREBY NOTIFED that on Friday, May 28th, 2021 at the hour of 10:00 a.m., we shall cause to be taken the deposition of Todd Slingerland before Glover Court Reporting in person at the following address:

Effingham Chamber of Commerce
903 Keller Drive
Effingham, Illinois 62401

pursuant to Federal Rules of Civil Procedure 30(b)(1).

Dated this 10th day of May 2021.                /s/     Alivia J. Hatten
                                                Alivia J. Hatten
                                                Assistant State's Attorney
                                                IL Bar #6332787
                                                ICIS PIN: AT0014325
                                                State's Attorney's Office
                                                1317 3rd Ave.-2nd Floor
                                                Rock Island, IL 61201
                                                Phone: (309) 558-3238
                                                Fax: (309) 558-3244
                                                hattena@co.rock-island.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2021, I electronically filed this **Notice of Deposition** with the Clerk of Court using the CM/ECF electronic system. I further certify that I served the Plaintiff with a copy via U.S. Postal Service at the following address:

Kara L. McCall                          Elizabeth Jordan
Leslie Kuhn-Thayer                      Roger Baldwin Foundation of ACLU, Inc.
Shalyn Caulley                          150 N. Michigan Ave., Suite 600
SIDLEY AUSTIN LLP                       Chicago, IL 60601
One South Dearborn Street
Chicago, Illinois 60603

John E. Remus
Timothy M. Feeney
McCarthy, Callas & Feeney, P.C.
329 18th Street, Suite 100
Rock Island, IL 61201
Telephone: (309) 788-2800
Fax: (309) 793-4090
jremus@mcfe-law.com
tfeeney@mcfe-law.com


                                                /s/     Alivia J. Hatten