## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JAYLAN BUTLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TRAVIS STAES, East Moline Police | ) |
| Officer, in his individual capacity; | ) |
| ETHAN BUSH, Hampton Police Officer, | ) Case No. 4:20-cv-04007 |
| in his individual capacity; JACK | ) |
| ASQUINI, Rock Island County Sheriff's | ) |
| Deputy, in his individual capacity; | ) |
| JASON PEÑA, Rock Island County | ) |
| Sheriff's Deputy, in his individual | ) |
| capacity; and JOHN DOES 1 and 2, | ) |
| unknown law enforcement officers, in | ) |
| their individual capacities, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DEPOSTION

TO:     Kara L. McCall                              Elizabeth Jordan
        Leslie Kuhn-Thayer                          Roger Baldwin Foundation of ACLU, Inc.
        Shalyn Caulley                              150 N. Michigan Ave., Suite 600
        SIDLEY AUSTIN LLP                           Chicago, IL 60601
        One South Dearborn Street
        Chicago, Illinois 60603

YOU ARE HEREBY NOTIFED that on Thursday, May 27th, 2021 at the hour of 9:00 a.m., we shall cause to be taken the deposition of Plaintiff Jaylan Butler before KRC Reporting, P.C., remotely via Zoom, pursuant to Federal Rules of Civil Procedure 30(b)(1).

Dated this 3rd day of May 2021.                     /s/ Kathy L. Swett
                                                    Kathy L. Swett
                                                    Assistant State's Attorney
                                                    CA Bar #278531
                                                    IL Bar #6316491
                                                    State's Attorney's Office
                                                    1317 3rd Ave-2nd Floor
                                                    Rock Island, IL 61201
                                                    Phone: (309) 558-3219

Fax: (309) 558-3244
swettk@co.rock-island.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on May 10th, 2021, I electronically filed this **Notice of Deposition** with the Clerk of Court using the CM/ECF electronic system. I further certify that I served the Plaintiff with a copy via U.S. Postal Service at the following address:

Kara L. McCall                     Elizabeth Jordan
Leslie Kuhn-Thayer              Roger Baldwin Foundation of ACLU, Inc.
Shalyn Caulley                     150 N. Michigan Ave., Suite 600
SIDLEY AUSTIN LLP           Chicago, IL 60601
One South Dearborn Street
Chicago, Illinois 60603

Courtesy Copies to:


John E. Remus
Timothy M. Feeney
McCarthy, Callas & Feeney, P.C.
329 18th Street, Suite 100
Rock Island, IL 61201
Telephone: (309) 788-2800
Fax: (309) 793-4090
jremus@mcfe-law.com
tfeeney@mcfe-law.com
*Counsel for Defendant Travis Staes*

/s/Kathy L. Swett