## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JAYLAN BUTLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TRAVIS STAES, East Moline Police Officer, in his individual capacity; ETHAN BUSH, Hampton Police Officer, in his individual capacity; JACK ASQUINI, Rock Island County Sheriff's Deputy, in his individual capacity; JASON PEÑA, Rock Island County Sheriff's Deputy, in his individual capacity; and JOHN DOES 1 and 2, unknown law enforcement officers, in their individual capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 4:20-cv-04007

## **NOTICE OF DEPOSITION**

TO:   Dominick L. Lanzito
      Peterson, Johnson & Murray Chicago, LLC
      200 West Adams St., Suite 2125
      Chicago, IL 60606

      Kara L. McCall
      Leslie Kuhn-Thayer
      Shalyn Caulley
      SIDLEY AUSTIN LLP
      One South Dearborn Street
      Chicago, Illinois 60603

      Elizabeth Jordan
      Roger Baldwin Foundation of ACLU, Inc.
      150 N. Michigan Ave., Suite 600
      Chicago, IL 60601

YOU ARE HEREBY NOTIFED that on Monday, May 24th, 2021 at the hour of 1:30 p.m., we shall cause to be taken the deposition of Ethan Bush before KRC Reporting, P.C., upon oral interrogatories in person at the Rock Island State's Attorney's Office Conference Room,

1317 – 3rd Avenue, 2nd Floor, Rock Island, IL, with other parties via Zoom, pursuant to Federal Rules of Civil Procedure 30(b)(1).

Dated this 10th day of May 2021.           By:  /s/ Patricia Castro
                    Bar #6242650
                    Assistant State's Attorney
                    Attorney for Defendants
                    State's Attorney's Office
                    1317 3rd Ave.-2nd Floor
                    Rock Island, IL 61201
                    Phone: (309) 558-3232
                    Fax: (309) 786-5052
                    Email: castrop@co.rock-island.il.us

CERTIFICATE OF SERVICE

      I hereby certify that on May 10, 2021, I electronically filed this **Notice of Deposition** with the Clerk of Court using the CM/ECF electronic system. I further certify that I served the Plaintiff with a copy via U.S. Postal Service at the following address:

Dominick L. Lanzito
Miguel E. Larios
Peterson, Johnson & Murray Chicago, LLC
200 West Adams, Suite 2125
Chicago, IL 60606
Telephone: (312) 782-7150
dlanzito@pjmchicago.com

Elizabeth Jordan
Roger Baldwin Foundation of ACLU, Inc.
150 N. Michigan Ave., Suite 600
Chicago, IL 60601

Kara L. McCall
Leslie Kuhn-Thayer
Shalyn Caulley
Bridget L. Murphy
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
kmccall@sidley.com

Courtesy Copies to:

John E. Remus
Timothy M. Feeney
McCarthy, Callas & Feeney, P.C.
329 18th Street, Suite 100
Rock Island, IL 61201
Telephone: (309) 788-2800
Fax: (309) 793-4090
jremus@mcfe-law.com
tfeeney@mcfe-law.com
*Counsel for Defendant Travis Staes*

                                            /s/ Patricia Castro