# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JAYLAN BUTLER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:20-cv-04007-SLD-JEH |
| TRAVIS STAES, *et al.*, | ) |
| Defendants. | ) |

### STIPULATED DISMISSAL OF CLAIMS BETWEEN PLAINTIFF JAYLAN BUTLER AND DEFENDANTS TRAVIS STAES, JACK ASQUINI, AND JASON PEÑA

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jaylan Butler and Defendants Travis Staes, Jack Asquini, and Jason Peña (collectively "the Parties") stipulate to the entry of an Order dismissing all claims and defenses made by Plaintiff Jaylan Butler against Defendant Travis Staes in this action, with prejudice, and dismissing all claims and defenses made by Plaintiff Jaylan Butler against Defendants Jack Asquini and Jason Peña, without prejudice. Plaintiff also voluntarily dismisses his claims against John Does 1 and 2, without prejudice. The Parties further stipulate and agree that each Party shall bear its own attorneys' fees, costs and expenses of this case.

Stipulated and agreed to this 18th day of May, 2021, by:

Dated: May 18, 2021

/s/Shalyn Caulley
One of Plaintiff's Attorneys

Kara L. McCall
Leslie Kuhn-Thayer
Shalyn Caulley
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603

Rachel Murphy
Elizabeth Jordan
Roger Baldwin Foundation of ACLU, Inc.
150 N. Michigan Ave., Ste. 600
Chicago, IL 60601
Telephone: (312) 201-9740

1

| | |
|---|---|
| Telephone: (312) 853-7000<br>Facsimile:  (312) 853-7036<br>kmccall@sidley.com<br>lkuhntha@sidley.com<br>scaulley@sidley.com | Facsimile:  (312) 201-9760<br>ejordan@aclu-il.org<br>rmurphy@aclu-il.org |

Dated: May 18, 2021

/s/John E. Remus
*Attorney for Travis Staes*

John E. Remus
Timothy M. Feeney
McCarthy, Callas & Feeney, P.C.
329 18th Street, Suite 100
Rock Island, IL 61201
Telephone: (309) 788-2800
Facsimile: (309) 793-4090
jremus@mcfe-law.com
tfeeney@mcfe-law.com


/s/Kathy L. Swett
*Attorney for Jack Asquini and Jason Peña*

Kathy L. Swett
Patricia Castro
Alivia Hatten
Assistant State's Attorney
1317 3rd Avenue-2nd Floor
Rock Island, IL  61201
swettk@co.rock-island.il.us
castrop@co.rock-island.il.us
hattena@co.rock-island.il.us

**CERTIFICATE OF SERVICE**

  I certify that on May 18, 2021 I electronically filed this **STIPULATED DISMISSAL OF CLAIMS BETWEEN PLAINTIFF JAYLAN BUTLER AND DEFENDANT TRAVIS STAES, JACK ASQUINI, AND JASON PEÑA** with the Clerk of Court using the CM/ECF electronic filing system.

                 */s/Shalyn Caulley*
                 Shalyn Caulley